UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RUIZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | No. 2:22-cv-01144-DAD-CKD<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS<br><br>(Doc. No. 25) |

　　　　On May 15, 2024, following plaintiffs' acceptance of defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of plaintiffs and against defendants in the amount of $109,256.88, plus reasonable attorneys' fees and costs. (Doc. No. 19 at 2.) At the time, the parties were still negotiating attorneys' fees and costs, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees and costs or resolving the attorneys' fees and costs themselves. (*Id.*)

　　　　Subsequently, on September 6, 2024, the parties filed a stipulation, agreeing that to resolve attorneys' fees and costs, defendant FCA US, LLC will pay plaintiffs' counsel $13,000.00 by no later than December 5, 2024. (Doc. No. 25 at 2.)

/////

/////

1

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant FCA US, LLC shall pay plaintiff's counsel $13,000.00 in attorneys' fees and costs by no later than December 5, 2024; and

2. Within ten (10) days of the payment as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated:   **September 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE